UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 2 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| ALBERT POON, | No. 07-16362 |
| | D.C. No. CV-06-02582-FCD |
| Plaintiff - Appellant, | |
| v. | |
| | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants - Appellees. | |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 8/17/07